UNITED STATES DISRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

      vs.

ANTHONY ALLEE

              DEFENDANT

---

STATEMENT OF DEFENDANT WITH RESPECT TO SENTENCING FACTORS
19 CR 182

Dominic Saraceno, affirms under penalty of perjury that:

1. I am a duly licensed attorney, admitted to practice in the Western District of New York.
2. I represent the defendant, ANTHONY ALLEE, in the above-entitled action brought by the United States of America.
3. I make this affirmation in accordance with the requirements of Section 6A1.2 of the Sentencing Guidelines, "Statement of Defendant with Respect to Sentencing Factors," as promulgated by the United States Sentencing Commission.
4. In accordance with those rules, it is hereby stated on behalf of the defendant that I have reviewed the Presentence Report and have discussed the same with ANTHONY ALLEE.  There are no statements, conclusions or other information contained in that report which the defendant disputes.

Dated: October 18, 2020

Respectfully Submitted,

s/ Dominic Saraceno

---

DOMINIC SARACENO, ESQ.
534 Delaware Avenue
Buffalo, New York 14202
(716)626-7007 (T)
(800)305-5836 (F)
saracenolaw@gmail.com