

To: Federal Court Judge Sinatra,

Its been brought to my attention there are some law changes that take effect Feb. 2024, being removal of mandatory minimums, and changes under Amendment 821, and I believe one, or both may apply to my sentence. Ive tried multiple times to get a response from my private retained lawyer and he wont respond. I am asking the court to assist me with a possible public defender to help file motions for these changes, or for the court to file the motions on my behalf. Please send me any information on how I can do either of these options. I recieved 150 months, with 120 month mandatory minimum and I am inelgible for First Step Act because the 924C is violent, but I was told theres changes to this, removing the catagorical approach, which should remove the violence of my charges. Please let me know what I can do to get legal assistance or how to file motions.

Thank You,

A. Allee

Anthony Allee 28800-055
USP Leavenworth
PO Box 1000
Leavenworth KS 66048

Anthony Allee 28800-055
USP Leavenworth
PO Box 1000
Leavenworth KS 66048

19cr182

KANSAS CITY 640
4 DEC 2023 PM 5 L

USDC - WDNY
DEC 11 2023
BUFFALO

Hon John Sinatra JR
United States District Court
2 Niagara Square
Buffalo NY 14202